NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VLSI TECHNOLOGY LLC,**
*Plaintiff-Appellant*

**v.**

**INTEL CORPORATION,**
*Defendant-Appellee*

---

2024-1772

---

Appeals from the United States District Court for the Northern District of California in No. 5:17-cv-05671-BLF, Judge Beth Labson Freeman.

-------------------------------------------------

**VLSI TECHNOLOGY LLC,**
*Plaintiff-Appellee*

**v.**

**INTEL CORPORATION,**
*Defendant-Appellant*

---

2024-1816

---

Appeals from the United States District Court for the Northern District of California in No. 5:17-cv-05671-BLF, Judge Beth Labson Freeman.

_____

## ON MOTION

_____

## O R D E R

Intel Corporation ("Intel") moves unopposed to dismiss its cross-appeal, Appeal No. 2024-1816, with each side to bear its own costs in connection with the cross appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Intel's motion to dismiss its cross-appeal is granted. *See* Fed. R. App. P. 42(b)(1). Appeal No. 2024-1816 is dismissed. The revised official captions are reflected in this order.

(2) The parties shall bear their own costs with respect to Appeal No. 2024-1816.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 20, 2024
Date

ISSUED AS A MANDATE (only with respect to Appeal No. 2024-1816): December 20, 2024